# KRAKOWER DICHIARA LLC

Attorneys and Counselors at Law
www.kdlawllc.com

*Michael R. DiChiara*
Member
md@kdlawllc.com
Admitted in NJ, NY, and MA

p (201) 746-0303
f (866) 417-2333

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2020

333 Bloomfield Ave, Ste. 202
Caldwell, NJ 07006

100 Church Street, 8th Floor
New York, NY 10007

**MEMO ENDORSED**

August 3, 2020

8/12/2020
granted
[signature: Colleen McMahon]

VIA ECF
Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Amley v. Sumitomo Mitsui Banking Corporation*
Case No. 19-cv-03777-CM

Dear Judge McMahon:

This firm represents Plaintiff in the above-referenced action. I write to request that the Court grant Plaintiff until August 10, 2020 to respond to Defendant's motion to amend.

Defendant filed the motion to amend the answer on July 21, 2020. Counsel for Plaintiff was on a long-scheduled vacation for a few days the week after the motion was filed. Because of the vacation and a personal issue that arose last week, counsel has been unable to draft an opposition. Plaintiff contacted Defendant today concerning a consent to this request, but the parties were not able to connect. Accordingly, for the reasons set forth above, Plaintiff respectfully requests that the Court grant Plaintiff until August 10, 2020 to file an opposition to Defendant's motion.

Thank you for your consideration of this request.

Respectfully submitted,

*Michael R. DiChiara*

Michael R. DiChiara

1