```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TED AMLEY,

        Plaintiff,

-against-

SUMITOMO MITSUI BANKING CORPORATION,

        Defendant.

19-CV-3777 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's five-page letter-motion dated November 24, 2020 (Dkt. No. 40) (Pl. Ltr.), requesting an order compelling discovery, a protective order, and associated relief. Pl. Ltr. at 1. Plaintiff failed to comply with, or seek advance permission to exceed, the four-page limit for letters and letter-motions. *See* Moses Indiv. Prac. § 1(d). Defendant's opposition letter, due today, may be up to five pages in length, but no longer. Any future non-compliance with Judge Moses's Individual Practices may be sanctioned.

    The Court has also received the parties' joint letter dated November 25, 2020. (Dkt. No. 41.) The parties should be prepared to discuss the need for expert discovery at the conference scheduled for December 7, 2020, at 10:00 a.m.

Dated:  New York, New York
           December 2, 2020

                              **SO ORDERED**.

                              */s/ Barbara Moses*

                              **BARBARA MOSES**
                              **United States Magistrate Judge**