

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TED AMLEY,

        Plaintiff,

-against-

SUMITOMO MITSUI BANKING
CORPORATION,

        Defendant.

19-CV-3777 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By letter dated December 14, 2020 (Dkt. No. 51), the parties jointly request that the Court (1) execute a consent order (Dkt. No. 51-1) resolving certain privilege disputes; (2) seal the exhibit at Dkt. No. 40-21; and (3) extend the deadlines to move for summary judgment or file a Joint Pretrial Order. (Dkt. No. 51.)

The requests are GRANTED to the extent that: (1) the Court will separately execute the parties' consent order; (2) Dkt. No. 40-21 shall be placed under seal; and (3) the deadline to move for summary judgment – or if there are no summary judgment motions, to file the parties' Joint Pretrial Order – is hereby EXTENDED to thirty (30) days following the close of all discovery.[1]

The Clerk of Court is respectfully directed to modify the viewing level of Dkt. No. 40-21 to *applicable parties*, permitting access only by the Court, plaintiff Ted Amley, and defendant Sumitomo Mitsui Banking Corporation.

Dated: New York, New York
       December 17, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The Court notes that plaintiff has withdrawn his request to extend the discovery schedule to accommodate expert ethics testimony. (Dkt. No. 52.) Neither party has identified any other potential expert testimony in this action. The Court declines plaintiff's invitation to provide an advisory opinion as to whether it would be willing to "revisit" the issue of expert discovery in the future, in response to a hypothetical motion, not yet made, regarding a hypothetical expert, not yet identified, concerning a hypothetical topic, not yet described.