

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TED AMLEY,

        Plaintiff,

-against-

SUMITOMO MITSUI BANKING CORPORATION,

        Defendant.

19-CV-3777 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendant has moved for an order compelling non-party Dr. Margaret Mei to comply with a subpoena duces tecum first served on her on September 23, 2020. (Dkt. Nos. 61-63.) Defendant's motion papers do not include any proof of service of those papers upon her, as required by Fed. R. Civ. P. 45(d)(2)(B)(i). Defendant shall promptly serve its motion papers on Dr. Mei, **together with a copy of this Order**, and file proof of service of the same. Dr. Mei's papers in opposition to the motion to compel (or a statement of non-opposition) shall be due three (3) business days after such service is effected.

Dated: New York, New York
       January 6, 2021

                      **SO ORDERED**.

                      **BARBARA MOSES**
                      **United States Magistrate Judge**