

**PKA Law**

Paykin Krieg & Adams, LLP
2500 Westchester Ave, Suite 107
Purchase, New York 10577
Tel: (212) 725-4423

February 1, 2022

**By ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Ted Amley v. Sumitomo Mitsui Banking Corporation*
SDNY Case No. 19-cv-03777-CM

Dear Judge McMahon:

MEMO ENDORSED

The parties write jointly to notify the Court that they have settled the above-referenced matter in principle and are awaiting the exchange and signature of settlement documents.

We respectfully request that defendant Sumitomo Mitsui Banking Corporation's motion for sanctions (Dkt. 137), which is presently *sub judice* before Magistrate Judge Barbara Moses, and any pretrial scheduling matters be stayed pending completion of the parties' settlement, which includes a Stipulation of Dismissal with Prejudice and Defendant's withdrawal of the sanctions motion.

The parties are available at the Court's convenience to discuss this matter further if necessary.

Respectfully submitted,

*s/ Benjamin Suess*
Benjamin Suess

*s/ Lloyd B. Chinn*
Lloyd B. Chinn

---

Handwritten endorsement (2/2/2022): Excellent news. I will tell Judge Moses. 30 day stay in/out pending settlement.